## 47617.   ANDREWS MOTORS COMPANY v. CLEMENT.

HALL, Presiding Judge. Defendant in an action for fraudulent misrepresentation appeals from the judgment and from the denial of its motion for a new trial.

The alleged fraudulent misrepresentations occurred when the plaintiff was negotiating for the purchase of a used car with the defendant's salesman and concerned the condition of that car. As plaintiff signed a contract which contains a disclaimer of any warranties except those expressed in writing, the plaintiff is precluded from recovery under the authority of *Rogers-Farmer Metro Chrysler-Plymouth v. Bartlett,* 125 Ga. App. 494 (188 SE2d 122).

> *Judgment reversed. Pannell and Quillian, JJ., concur.*
SUBMITTED NOVEMBER 7, 1972—DECIDED NOVEMBER 21, 1972—
REHEARING DENIED DECEMBER 12, 1972.

*Clary & Kent, Horace T. Clary, Henry J. Fullbright, Jr.,* for appellant.

*James A. Robbins, Jr.,* for appellee.